

faegredrinker.com

**Jared B. Briant**
Partner
jared.briant@faegredrinker.com
303-607-3588 direct

**Faegre Drinker Biddle & Reath** LLP
1144 15th Street, Suite 3400
Denver, Colorado  80202
+1 303 607 3500 main
+1 303 607 3600 fax

June 23, 2021

**VIA ECF**

The Hon. Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    **Re:**   *Pro-Hitter Corp. v. Amazon.com, Inc. and Amazon.com Inc. et al.*, No. 7:20-cv-07537-KMK (S.D.N.Y.)

Dear Magistrate Judge McCarthy:

    Plaintiff Pro-Hitter Corporation ("Pro-Hitter") and Defendants Amazon.com, Inc. and Amazon.com Servs. ("Amazon") hereby jointly request that the Court reschedule the telephone status conference set for tomorrow, June 24, at 11 A.M.  Pro-Hitter has spoken to Your Honor's chambers and alerted chambers that the parties will be requesting an adjournment of tomorrow's conference.

    This is the parties' first request for an adjournment of the status conference.  The parties are engaged in a mediation today and the conference currently conflicts with return travel schedules.  The parties can make themselves available to the Court the afternoon of Friday, June 25, 2021, if the Court has availability.  The parties can also make themselves available the next afternoon that the Court has free.  This request will not affect any other deadlines.

    Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Jared B. Briant*

Jared B. Briant

JBB

cc:    All counsel of record (via ECF)

US.133527552.01