

faegredrinker.com

**Jared B. Briant**
Partner
jared.briant@faegredrinker.com
303-607-3588 direct

**Faegre Drinker Biddle & Reath** LLP
1144 15th Street, Suite 3400
Denver, Colorado  80202
+1 303 607 3500 main
+1 303 607 3600 fax

July 16, 2021

**VIA ECF**

The Hon. Judith C. McCarthy
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Pro-Hitter Corp. v. Amazon.com, Inc. and Amazon.com Inc. et al.*, No. 7:20-cv-07537-KMK (S.D.N.Y.)

Dear Magistrate Judge McCarthy:

      Pursuant to the Court's June 30, 2021 Order, Plaintiff Pro-Hitter Corporation ("Pro-Hitter") and Defendants Amazon.com, Inc. and Amazon.com Services ("Amazon") hereby submit this joint letter updating the Court on the status of settlement.  Since the June 30, 2021 status conference, the parties have continued to work toward finalizing a written settlement agreement and have exchanged drafts of a final written agreement.  Although the parties have made substantial progress, the parties still require some additional time to finalize the written agreement.  To that end the parties will provide the Court with a further update on July 30, 2021, should dismissal papers not be filed by that time.

      Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Jared B. Briant*

Jared B. Briant


cc:   All counsel of record (via ECF)