**MEMO ENDORSED**

# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

**By CM/ECF**

September 7, 2021

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Rm. 533
White Plains, NY 10601-4150

Re: *Pro-Hitter Corp. v. Amazon.com, Inc., et al.*, No. 7:20-cv-07537 (S.D.N.Y.)

Dear Judge Karas:

Plaintiff Pro-Hitter Corp. ("Pro-Hitter") and Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") hereby jointly request the adjournment of the telephonic status conference scheduled for September 9, 2021.

On August 24, 2021, the parties executed a written settlement agreement (the "Settlement") resolving all of the claims in this matter. *See* Dkt. No. 56. Pursuant to the terms of the Settlement, the parties anticipate filing dismissal papers on or before September 27, 2021. *See* Dkt. Nos. 56 & 57. In light of the Settlement, the parties respectfully submit that a status conference in this matter is unnecessary at this time.

This is the parties' second request for an adjournment. The parties' first request for an adjournment was granted. *See* Dkt. No. 47. Both parties request this second adjournment.

Granted.

So Ordered.

9/7/21

Respectfully submitted,

S/ *William E. O'Neil*

William E. O'Neil

cc:   All counsel of record (by CM/ECF)